UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAMHAL MOSES BELL,

    Defendant.

Case No. 15-cr-20089-1
Hon. Matthew F. Leitman

_____/

# ORDER DENYING DEFENDANT'S MOTION REQUESTING A JUDICIAL RECOMMENDATION CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT (ECF No. 173)

On May 6, 2015, Defendant Lamhal Moses Bell pleaded guilty to three offenses: a Hobbs Act robbery on January 18, 2015, using a firearm during and in relation to a crime of violence (his Hobbs Act robbery on January 18, 2015), and a Hobbs Act robbery on February 1, 2015. (*See* Rule 11 Plea Agreement, ECF No. 55, PageID.136; Judgment, ECF No. 104, PageID.614.) Bell's sentencing guidelines range was 141 to 155 months imprisonment. (*See* Rule 11 Plea Agreement, ECF No. 55, PageID.138, 150.) On December 15, 2015, this Court sentenced Bell to 114 months imprisonment: 30 months for each Hobbs Act robbery offense, to be served concurrently; and 84 months for using a firearm during and in relation to the first Hobbs Act robbery offense, to be served consecutively to his robbery counts. (*See* Judgment, ECF No. 104, PageID.614–615.)

1

On March 16, 2021, Hobbs filed a motion in which he requested that the Court recommend to the Bureau of Prisons that he be placed is a residential re-entry and/or halfway house 12 months prior to the end of his sentence. (*See* Mot., ECF No. 173.) Hobbs filed a similar motion less than a year ago, and the Court denied that motion in a written order. (*See* Order, ECF No. 168.) For all of the same reasons that the Court denied Hobbs' initial motion for a recommendation, Hobbs' current motion is **DENIED**.

 **IT IS SO ORDERED**.

            s/Matthew F. Leitman
            MATTHEW F. LEITMAN
            UNITED STATES DISTRICT JUDGE

Dated: June 2, 2021

 I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 2, 2021, by electronic means and/or ordinary mail.

            s/Holly A. Monda
            Case Manager
            (810) 341-9761