UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAMHAL MOSES BELL,

      Defendant.

Case No. 15-cr-20089-1
Hon. Matthew F. Leitman

_____/

# REVISED ORDER DENYING DEFENDANT'S MOTION REQUESTING A JUDICIAL RECOMMENDATION CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT (ECF No. 173)[1]

On May 6, 2015, Defendant Lamhal Moses Bell pleaded guilty to three offenses: a Hobbs Act robbery on January 18, 2015, using a firearm during and in relation to a crime of violence (his Hobbs Act robbery on January 18, 2015), and a Hobbs Act robbery on February 1, 2015. (*See* Rule 11 Plea Agreement, ECF No. 55, PageID.136; Judgment, ECF No. 104, PageID.614.) Bell's sentencing guidelines range was 141 to 155 months imprisonment. (*See* Rule 11 Plea Agreement, ECF No. 55, PageID.138, 150.) On December 15, 2015, this Court sentenced Bell to 114 months imprisonment: 30 months for each Hobbs Act robbery offense, to be served

---

[1] This order corrects typographical errors in the Court's initial order denying Bell's motion. (See Order, ECF No. 175.) On page two of that order, the Court mistakenly referred to Bell as "Hobbs." The Court has corrected that error in this revised order.

concurrently; and 84 months for using a firearm during and in relation to the first Hobbs Act robbery offense, to be served consecutively to his robbery counts. (*See* Judgment, ECF No. 104, PageID.614–615.)

On March 16, 2021, Bell filed a motion in which he requested that the Court recommend to the Bureau of Prisons that he be placed in a residential re-entry and/or halfway house 12 months prior to the end of his sentence. (*See* Mot., ECF No. 173.) Bell filed a similar motion less than a year ago, and the Court denied that motion in a written order. (*See* Order, ECF No. 168.) For all of the same reasons that the Court denied Bell's initial motion for a recommendation, Bell's current motion is **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 2, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 2, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761